# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**EDWARD THOMPSON YANCEY,** :
:
**Plaintiff**          **CIVIL ACTION NO. 3:15-2325**
:
**v**
:          **(JUDGE MANNION)**
**C.A. SNYDER, et al.,**
:
**Defendants**

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment (Doc. 16) is **GRANTED**. Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

2. Defendants' motion for leave to file an additional motion for summary judgment on the merits (Doc. 14) is **DISMISSED** as moot.

3. Plaintiff's motion for discovery (Doc. 29) is **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE:** March 24, 2017

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2325-01-ORDER.wpd